IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:26-mj-00161 (MJK) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRAVIS CORLEY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney's Office for the Northern District of New York hereby dismisses the criminal complaint, No. 5:26-mj-00161 against Travis Corley, the defendant.

The reason(s) for this dismissal are (check one or more):

☐ Case transferred to another District

☐ Speedy Trial Act

☐ Defendant's cooperation

☐ Insufficient evidence at this time

☒ Other: Death of defendant.

With respect to this dismissal, defendant (check one):

☐ Consents

☐ Objects

☒ Has not been consulted

This dismissal is without prejudice.

Dated: August 15, 2026

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: */s/ Matthew J. McCrobie*
MATTHEW J. McCROBIE
Assistant United States Attorney
Bar Roll No. 702739

Leave of court is granted for the filing of the foregoing dismissal.

Dated and entered this ________ day of August, 2026.

______________________________
Hon. Mitchell J. Katz
United States Magistrate Judge